JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO REYES IBARRA, | Case No. CV 18-9959 DDP (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 8/30/2019

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE